# V&A

VIRGINIA & AMBINDER LLP

TRINITY CENTRE
111 BROADWAY · SUITE 1403
NEW YORK, NEW YORK 10006

CHARLES R. VIRGINIA
DIRECT DIAL: (212) 943-9077
cvirginia@vandallp.com

TELEPHONE (212) 943-9080
TELECOPIER (212) 943-9082

NEW YORK
NEW JERSEY
www.vandallp.com

September 16, 2010

**VIA ECF**

Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

      Re:  **Trustees of the Plumbers Local Union No. 1 Welfare Fund, et al. v. Sharp Plumbing Corp., et al.**
          **Docket No.: 10-CV-1782(ILG)(LB)**

Dear Judge Bloom:

    This firm represents Plaintiffs in the above-referenced matter. On August 13, 2010, the Court scheduled an initial conference for July 23, 2010 and ordered the parties to file the Rule 26 Report by September 16, 2010.

    I write to advise the Court that Defendants have agreed to make their books and records available to Plaintiffs and that the parties hope to reach a settlement in this matter. Therefore, Plaintiffs respectfully request that the Court adjourn the initial conference and extend the deadline for the Rule 26 Report for sixty (60) days in order to allow Plaintiffs' representatives time to complete the audit of Defendants' records.

    Defendants have consented to this request.

                Very truly yours,

                   /s/

                Charles R. Virginia

cc: Lawrence Kill, Esq.